Patric A. Lester (SBN 220092)
pl@lesterlaw.com
Lester & Associates
5694 Mission Center Road, #358
San Diego, CA 92108
Phone (619) 665-3888
Fax (314) 241-5777

Attorneys for Plaintiffs

David J. Kaminski (SBN 128509)
KaminskiD@cmtlaw.com
Stephen A. Watkins (SBN 205175)
WatkinsS@cmtlaw.com
Carlson & Messer LLP
5901 W. Century Boulevard, Suite 1200
Los Angeles, CA 90045
Phone (310) 242-2200
Fax (310) 242-2222

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH PUCCIO et al. | ) Case No. 16CV02890WBGS |
| Plaintiff, | ) **NOTICE OF SETTLEMENT** |
| vs. | ) HONORABLE THOMAS J. WHELAN |
| FRANKLIN LOVE et al., | ) |
| Defendant. | ) |

TO THE HONORABLE COURT, THE PARTIES AND TO THEIR RESPECTIVE COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiffs Joseph Puccio and Marcia Puccio ("Plaintiffs"), through their counsel of record, Lester & Associates, and Defendants Franklin J. Love and CMRE Financial Services, Inc. ("Defendants"), through their counsel of record, Carlson & Messer LLP, have settled the above matter. The parties anticipate that they will complete the settlement, and that the parties will file a Joint Motion to Dismiss the entire action, with prejudice, within 60 days of this Notice.

If the parties seek to have Plaintiffs' reasonable fees decided by motion, in any Joint Motion to Dismiss, the parties will stipulate that Court will retain jurisdiction over this claim until such time it can hear and rule on Plaintiff's Motion for Attorney's Fees and to enforce the settlement agreement, if necessary.

The parties request that the Court take off the calendar all future hearing dates presently scheduled in this matter.

Dated September 5, 2018

Lester & Associates
By: /s/ Patric A. Lester
Patric A. Lester
Attorney for Plaintiffs
Joseph and Marcia Puccio

Dated September 5, 2018

Carlson & Messer LLP
By: /s/ David J. Kaminski
David J. Kaminski
Attorney for Defendants
Franklin J. Love and CMRE
Financial Services, Inc.

## Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to David J. Kaminski, counsel for Defendants, and that I have obtained David J. Kaminski's authorization to affix his/her electronic signature to this document.

Dated September 5, 2018

/s/ Patric A. Lester
Patric A. Lester

1

2

## CERTIFICATE OF SERVICE

3

I, the undersigned, declare as follows:

4

On the date below, I electronically filed with the Court through its CM/ECF program and served through the same program the **NOTICE OF SETTLEMENT** on the interested parties in said case as follows:

5

6

7

David J. Kaminski
Stephen A. Watkins
Carlson & Messer LLP
5901 W. Century Boulevard
Suite 1200
Los Angeles, CA  90045
Attorneys for Defendants

8

9

10

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

11

12

Executed on September 5, 2018           /s/ Patric A. Lester
                                        Patric A. Lester

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28