**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSEPH PUCCIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CMRE FINANCIAL SERVICES, INC., et al., <br><br> Defendants. | Case No.:  16-CV-2890 W (BGS) <br><br> **ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE [DOC. 54]** |

Parties have filed a joint motion to dismiss with prejudice.  [Doc. 54.]  Good cause appearing, the Court **GRANTS** the joint motion.  This action is dismissed **WITH PREJUDICE**.

//
//
//
//
//
//
//
//
//
//

1

Per the terms of the joint motion, Plaintiffs are the prevailing parties in a successful action, entitled to seek reasonable attorneys' fees and costs under 15 U.S.C. § 1692k(a)(3). [Doc. 54.] If parties cannot resolve the amount of such fees and costs informally, Plaintiffs may bring a timely motion for attorneys' fees.

**IT IS SO ORDERED.**

Dated: March 19, 2019

_____
Hon. Thomas J. Whelan
United States District Judge